# EXHIBIT 10
# Notice of Cancellation

HISCOX
PO BOX 6260
Aurora IL 60598-6260

Maryland Congress of Parents and Te
5 Central Ave
Glen Burnie, MD 21061



Hiscox Insurance Company, Inc.

# Notice of Cancellation of Insurance Policy

| Name and Address of Insured: | Insured | Maryland Congress of Parents and Te |
|---|---|---|
|  | Street Address | 5 Central Ave |
|  | City, State, Zip Code | Glen Burnie MD, 21061 |
| **Name and Address of Agent/Broker:** | Agent/Broker | Conway E&S Inc |
|  | Street Address | 100 Allegheny Dr |
|  | City, State, Zip Code | Warrendale PA, 15086-7564 |
| **Policy Information:** | Type of Policy | Crime |
|  | Policy Number | 4379596 |
|  | Effective Date of Notice | 9/5/2022  12:01 A.M. Standard Time |
|  | Date of Mailing | 8/19/2022 |

**Applicable Item(s) will be Marked.**

**Cancellation** ☒ You are notified in accordance with the terms and conditions of your policy described above and in accordance with applicable state law, that your insurance will cease at and from the hour and date described above under **EFFECTIVE DATE OF NOTICE**. See the "**Important Notice**" section below for other information that may apply.

**Premium Adjustment**
☐ Unearned premium will be returned in accordance with state law and terms of the policy.
☐ Enclosed is $   , which is the amount of return premium at pro rata for the unexpired term of your policy.
☐ A bill for the premium earned to the time of cancellation will be sent to you.
☐ The excess of paid premium, if any, above the pro rata premium for the expired time, (if not tendered) will be refunded upon demand.
☐ Other:

**Important Notice** ☒ Reason(s) for cancellation:

Nonpayment of premium

**NOTICE TO CALIFORNIA INSUREDS:** If this policy provides basic property insurance, you should contact your broker concerning coverage through another insurer, or your eligibility for coverage through the California Fair Plan, P.O. Box 76924, Los Angeles, CA 90076, Phone: (800) 339-4099 or www.cfpnet.com.

**NOTICE TO NEW JERSEY INSUREDS:** Please be advised you may file a written complaint regarding this notice of cancellation. If you wish to file a written complaint contact the New Jersey Department of Banking and Insurance Immediately.  Send your complaint to:  New Jersey Department of Banking and Insurance, Office of Consumer Protection Services, P.O. Box 471, Trenton, NJ 08625-0471.



Hiscox Insurance Company, Inc.

# Notice of Cancellation of Insurance Policy

**NOTICE TO NEW YORK INSUREDS:** The first Named Insured or his/her authorized agent/broker may request in writing loss information with respect to this policy and previous policies we have written for you. Please direct all such requests to USClaimsLossRuns@Hiscox.com.  We will provide this information within 10 days from the date we receive your request.

**NOTICE TO PENNSYLVANIA INSUREDS:** Please be advised you may appeal this notice of cancellation by requesting a review.  If you wish to request a review, you may contact:  Insurance Department, Bureau of Consumer Services, 1209 Strawberry Square, Harrisburg, PA 17120 or you may call the Harrisburg Regional Office at (717) 787-2317.

You have the right to request loss information for the prior 3 years or the period of coverage, whichever is less.  You must make this request to us within 10 days of your receipt of this notice of cancellation. Please direct all such requests to USClaimsLossRuns@Hiscox.com.

Appointed Representative
Hiscox Insurance Company, Inc.