Hiscox Insurance Company, Inc.

                        Plaintiff                    Case No.: 1:23-CV-03362-JMC

                          *vs.*

Maryland Congress of Parents and Teachers, Inc.

                        Defendant

## AFFIDAVIT OF SERVICE

I, M. Frederick Parsons, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons; Plaintiff's Original Complaint and Request for Declaratory Judgment with Exhibits; and Civil Cover Sheet in the above entitled case.

That on 12/13/2023 at 11:30 AM, I served Seth Waxman, as Receiver for Maryland Congress of Parents and Teachers, Inc. at 6 Deer Trail Court, Gaithersburg, Maryland 20878-2687 with the Summons; Plaintiff's Original Complaint and Request for Declaratory Judgment with Exhibits; and Civil Cover Sheet by serving Mrs. Waxman, wife of Seth Waxman, a person of suitable age and discretion, who stated he/she resides therein.

Mrs. Waxman is described herein as:

Gender: Female   Race/Skin: White   Age: 46   Weight: 125   Height: 5'5"   Hair: Brown   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

12/14/23
Executed On



M. Frederick Parsons

Client Ref Number: N/A
Job #: 1628048

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

Hiscox Insurance Company, Inc. )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. JMC-23-3362
Maryland Congress of Parents and Teachers, Inc. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Seth Waxman, as Receiver for Maryland Congress of Parents and Teachers, Inc.
Dickson Wright PLLC
International Square
1825 Eye St. N.W., Suite 900
Washington, D.C. 20006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Russell D. Duncan, Clark Hill PLC, 1001 Pennsylvania Avenue, N.W., Suite 1300 South, Washington, DC 20004; and

Michael Keeley and Sean Deer (Pro Hac Vice Pending), Clark Hill PLC, 901 Main Street, Suite 6000, Dallas, TX 75202.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/12/2023

*Signature of Clerk or Deputy Clerk*